UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_ELKE Ramona KENNEDY_

Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against-

_New York Blood Center_

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**ELKE** (First Name) **R** (Middle Initial) **KENNEDY** (Last Name)

**379 Legion Street, APT 2F** (Street Address)

**Brooklyn** (County, City) **NY** (State) **11212** (Zip Code)

**585-750-7025** (Telephone Number) **elkekennedy@gmail.com** (Email Address)

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

**Defendant 1:**
Name: **New York Blood Center**
Address where defendant may be served: **310 East 67th Street**
County, City: **NY** State: **NY** Zip Code: **10065**

**Defendant 2:**
Name:
Address where defendant may be served:
County, City:    State:    Zip Code:

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

NEW YORK Blood Center
Name

310 East 67th Street
Address

NY                    NY              10065
County, City          State           Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☑ religion: _____

☐ sex: _____

☐ national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☑ terminated my employment
- ☐ did not promote me
- ☑ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I requested a Religious Exemption to the Covid-19 vaccine, due to my Sincere Religious Belief, because according to the Bible, my "Body is the Temple of the Lord" and I should protect it from all harm. I was denied the etc Religious Exemption and didn't received a response by Email as promised. When I inquired on the last day (1:30.2) of my status with the Blood Center I was told that my (Richards) Religious exemption was denied and to keep my job the only option I had was to be vaccinated. (By Sabina Richards)

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

P.S. I was never told by email or over the phone that I couldn't keep my job or maintain my position if I couldn't be fully vaccinated.

Page 5

Page-5  B- Continues (FACTS)

I told her on 12.1.21 that I needed time to think about it, but she said I only had up until 12.6.21, to start the process of receiving the vaccine. Hearing this made me extremely scared because I knew that I have many allergies to medications and I'll be going against my belief. However, with my back against the wall, I was scared of being unemployed and my family and I becoming homeless, so I decided to take the vaccine.

I took the first dose of the vaccine on December 6th, 2021, and almost died. I was revived with an Epi pen and rushed to the hospital. I reported this to Sabina Richards at New York Blood Center on December 7th, 2021. A month later no one got back to me and when I inquired on Jan 7th, 2022, I received a call from New York Blood Center, Sabina Richards, on the 10th of Jan 2022, that I was terminated, as of that day. I was devastated. I was still recovering from my severe reaction to the Covid-19 vaccine and now I have no insurance and no income.

I have a disability that makes me unable to use certain medications and vaccines and I was never given any accommodation by the New York Blood Center, to get weekly testing and wearing a mask, as was stipulated by the Government mandate, or even to accommodate me in a different position.

②

**FACTS**

Yes, defendants are continuing to commit these acts against me.

First they told me there was no other position for me at the New York Blood Center, and after I grieved it, they said I I had three months to find a position, but denied every position I showed interest in. Then I filed a case of discrimination (religious and disability) with the EEOC, they told me month later I can try to find a position.

I was always looking and I applied for various management positions that I was qualified for, some I wasn't given the opportunity to interview for and the ones that I've interviewed for, and I felt I stood a pretty good chance of getting, I was told that they were all of a sudden on 'hold'. These were all positions that Maureen Cunlin told me to let her know what I'm applying for and interested in. Maureen was also adamant of getting me into an 1199 union position and made that position available to me and refused to keep me at my previous pay rate, which was about $30. an hour and she started me at the new employee pay rate for my current position which is about $9.00 less, even though I'm not a new employee to the company (Enterprise) or 1199 union. She's (Maureen), is also refusing to give me back-pay. You

③

FACTS - B  Representatives of New York Blood Center told EEOC that they are working with me to settle and they also kept cancelling my 1199 union arbitration giving them the same information of us working on a settlement agreement, but that hasn't been the case. They also told arbitration and 1199 union that they will return me to my previous position as a DS-2 as soon as they lifted their vaccine mandate and they lifted their mandate but still haven't returned me to my previous position. They continue to punish me for having a medical disability and for filing a complaint with the EEOC. I strongly believe they are doing everything they possibly can to force me to quit.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? __04-20-2022__

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? __07.05.2023__

When did you receive the Notice? __07.07.2023__

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☑ direct the defendant to promote me (once future opportunities become available)

☑ direct the defendant to reasonably accommodate my religion

☑ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I do believe that I'm entitled to money damages because it's not my fault that I have a disability that wouldn't allow me to be fully vaccinated and losing my job has caused me & family significant hardship and by not paying me what I would have been earning is causing me to struggle significantly.

Page 6

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** 09.05.2023

**Plaintiff's Signature:** Kennedy

**First Name:** ELKE
**Middle Initial:** R.
**Last Name:** KENNEDY

**Street Address:** 379 Legion St., Apt 2F

**County, City:** Brooklyn
**State:** NY
**Zip Code:** 11212

**Telephone Number:** 585.750.7025
**Email Address (if available):** elkekennedy@gmail.com

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Ms. Elke R. Kennedy<br>116 Malcolm X Blvd USA<br>BROOKLYN, NY 11221 | From: | New York District Office<br>33 Whitehall St, 5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2022-03067 | MICHAEL WOO,<br>Investigator | 929-506-5348 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- More than 180 days have passed since the filing of this charge.
- The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Timothy Riera
07/05/2023

**Timothy Riera**
**Acting District Director**

Enclosures(s)

cc: **Bernadette Tiso**
310 E 67TH ST
New York, NY 10065
**Jason Habinsky**
Haynes and Boone, LLP
30 Rockefeller Plaza 26th Floor
New York, NY 10112