IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
Elke Ramona Kennedy,                                 :   **STIPULATION OF VOLUNTARY**
                                                     :   **DISMISSAL WITH PREJUDICE**
                    Plaintiff,                       :   **PURSUANT TO FRCP**
                                                     :   **41(a)(1)(A)(ii)**
         -against-                                   :                      23cv7886
                                                     :   ~~Civil Action No. 1:23-cv-07886 (AS)~~
New York Blood Center,                               :
                                                     :
                    Defendant.                       :
                                                     :
---------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their counsel that the above-captioned action is voluntarily dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs and fees to any party. No party hereto is an infant or incompetent.

| | |
|---|---|
| ELKE R. KENNEDY,<br>Pro Se Plaintiff | EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Defendant New York Blood Center, Inc. |
| By: _____<br>Elke R. Kennedy<br>379 Legion Street, Apt. 2F<br>Brooklyn, NY 11212<br>Telephone: 585.750.7025 | By: s/Steven M. Swirsky<br>Steven M. Swirsky<br>Epstein Becker & Green, P.C.<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212.351.4640 |
| Dated: 1-27-24 | Dated: 1/29/24 |

HALDEMAN S LAMBERT
Notary Public - State of New York
NO. 01LA6233796
Qualified in Nassau County
My Commission Expires Dec 27, 2026

The Clerk of Court is directed to close this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 30, 2024

FIRM:63398010v3